UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,  )   Case No. 4-13-70701 MAG
                           )
    *Plaintiff*,            )   STIPULATED ORDER EXCLUDING
                           )   TIME UNDER THE SPEEDY TRIAL ACT
  v.                       )
                           )   **FILED**
JOHN COOKS,                )   JUL 17 2013
                           )   RICHARD W. WIEKING
    *Defendant*.           )   CLERK, U.S. DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA
                               OAKLAND

For the reason stated by the parties on the record on JULY 17, 2013, the Court excludes time under the Speedy Trial Act from JULY 17, 2013, to JULY 31, 2013 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(I).

_____ The case is so unusual or so complex, due to *[circle applicable reasons]* the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. § 3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure 5.1(c) and (d).

**IT IS SO ORDERED.**

DATED: JULY 17, 2013

                                                          Hon. Kandis A. Westmore
                                                          United States Magistrate Judge

STIPULATED: Deborah Levine
DEBORAH G. LEVINE
Attorney for Defendant

                                                          BRIGID S. MARTIN
                                                          Assistant United States Attorney